UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RAY T.,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>    Defendant. | Case No.:  24-cv-74-KSC<br><br>**ORDER GRANTING JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES AND EXPENSES [Doc. No. 15.]** |

  On January 10, 2024, plaintiff Steven Ray T. commenced an action against the Commissioner of Social Security seeking review of a final adverse decision of the Commissioner. Doc. No. 1. On May 23, 2024, pursuant to the parties' Joint Motion, the Court issued an Order remanding the case to the agency for further administrative proceedings. Doc. Nos. 13, 14.

  Before the Court is the parties' Joint Motion for the Award and Payment of Attorney's Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. Section 2412(d) and Costs Pursuant to Title 28, United States Code, Section 1920. Doc. No. 15 (the "Joint Motion").  Based on the parties' agreement and the information presented in the Joint Motion, IT IS HEREBY ORDERED that plaintiff, STEVEN RAY T., is awarded attorney's fees and expenses in the amount of 3,200 under the Equal Access

to Justice Act ("EAJA"), 28 U.S.C. Section 2412(d). This amount represents compensation and costs for all legal services rendered by counsel on plaintiff's behalf in connection with this civil action.

Following the issuance of this Order, the government will consider the matter of plaintiff's contractual assignment of EAJA fees to Law Offices of Lawrence D. Rohlfing, Inc. CPC.  The ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. *See Astrue v. Ratliff*, 560 U.S. 586, 597 (2010). Upon entry of this Order, the government will determine whether they are subject to any offset.

Fees shall be made payable to Steven Ray T., but if the Department of the Treasury determines that Steven Ray T. does not owe a federal debt, then the government shall cause the payment of fees, expenses, and costs to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC. This Order is without prejudice to the rights of Lawrence D. Rohlfing and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated: June 25, 2024

Hon. Karen S. Crawford
United States Magistrate Judge